■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LEEPER, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered on or about April 11, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Sullivan, Nardelli, Gonzalez and Malone, JJ.